**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Michelle Turney, | |
| Plaintiff, | Case No.: 21 cv 04205 |
| v. | Hon. Robert W. Gettleman District Judge |
| The City of Chicago, | |
| Defendant. | Hon. Jeffrey Cole Magistrate Judge |

**APPENDIX OF EXIBITS**

1. PABFC Meeting Minutes

2. EEOC Charge 21B 2020-00414 and Dismissal