**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MICHELLE TURNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-04205 |
| | ) | |
| CITY OF CHICAGO, | ) | Honorable Robert W. Gettleman |
| | ) | |
| Defendant. | ) | Magistrate Judge Jeffrey Cole |

**MOTION TO VOLUNTARILY DISMISS**

The Plaintiff MICHELLE TURNEY moves this Court, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to voluntarily dismiss her amended complaint without prejudice. On March 22, 2022, the Plaintiff's attorney spoke to Scott Crouch, attorney for the Defendant CITY OF CHICAGO, who indicated that the Defendant had no objection to this motion.

WHEREFORE, the Plaintiff requests that this Court enter an order dismissing her amended complaint without prejudice and without costs. The Plaintiff further requests that this Court award her such other relief as this Court may deem appropriate.

Respectfully submitted,

/s/ Joel F. Handler
JOEL F. HANDLER (#1115812)
One E. Wacker Drive, Suite 510
Chicago, Illinois 60601
(312) 832-0008
jhandler@handlerlawgroup.com
Attorney for the Plaintiff,
MICHELLE TURNEY