# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Michelle Turney
                Plaintiff,

v.                                      Case No.: 1:21−cv−04205
                                          Honorable Robert W. Gettleman

City of Chicago
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 25, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's unopposed motion to voluntarily dismiss [24] is granted. Pursuant to Federal Rule of Civil Procedure 41(a) this case is dismissed without prejudice and without costs. Defendant's motion to dismiss [20] is denied as moot and the briefing schedule set on 3/14/2022 [23] is stricken. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.